**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

In re:                                      :
                                            :
JOHN SWIATEK,                               : Chapter 7
                                            :
                   Debtor.                  : Case No. 18-03186
                                            :
                                            :

## NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULE OF ASSETS

PLEASE TAKE NOTICE that John Swiatek, Debtor in the above-captioned case, has submitted an amendment to his Schedule of Assets, which is attached hereto as Exhibit A.

Dated:  September 22, 2025

WILLIAMS BARBER & MOREL LTD.

s/ *Daniel R. Brown*
Daniel R. Brown
233 S. Wacker Dr., Ste. 6800
Chicago, IL 60606
(312) 443-3200
drb@williamsbarbermorel.com


STINAR GOULD GRIECO & HENSLEY


Mike Grieco
Valeri Letko
101 N Wacker Drive, Suite 100
Chicago, IL 60606
Telephone: (312) 728-7444
Facsimile: (313) 221-9550
Valerie@SGGHLaw.com


Counsel for the Debtor

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused to be served a copy of this notice and the attached motion on each entity as shown on the attached list at the address show and by the method shown on September 22, 2025.

/s/ Daniel R. Brown

## SERVICE LIST

Office of the U.S. Trustee
219 S. Dearborn St., Rm 873
Chicago, IL 60604
Via ECF

Chapter 7 Trustee
Joseph E. Cohen
Cohen & Krol
790 Estate Drive, Ste. 180
Deerfield, IL 60015
Via U.S. Mail

Diocese of Joliet
16555 Weber Road
Crest Hill, IL 60403
Via U.S. Mail

**EXHIBIT A**

In re:                                          :
                                                :
JOHN SWIATEK,                                   : Chapter 7
                                                :
               Debtor.                  : Case No. 18-03186
                                                :
                                                :

## AMENDMENT TO SCHEDULE OF ASSETS

     John Swiatek (the "Debtor"), the debtor in the above-captioned chapter 7 case submits

this amendment to his Schedule A/B: Property of his Schedule of Assets.

     Part 4, Line 33, is amended to add the following:

Litigation claim against Catholic Bishop of Joliet for alleged abuse sustained as a child,

$367,500.00


Dated:  September 22, 2025   WILLIAMS BARBER & MOREL LTD.


                        s/ *Daniel R. Brown*
                        Daniel R. Brown
                        233 S. Wacker Dr., Ste. 6800
                        Chicago, IL 60606
                        (312) 443-3200
                        drb@williamsbarbermorel.com


                        STINAR GOULD GRIECO & HENSLEY


                        Mike Grieco
                        Valeri Letko
                        101 N Wacker Drive, Suite 100
                        Chicago, IL 60606
                        Telephone: (312) 728-7444
                        Facsimile: (313) 221-9550
                        Valerie@SGGHLaw.com


                        Counsel for the Debtor