**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | : |
| | : |
| JOHN SWIATEK, | : Chapter 7 |
| | : |
| Debtor. | : Case No. 18-03186 |
| | : |
| | : |

**NOTICE OF FURTHER AMENDMENT TO DEBTOR'S SCHEDULE OF ASSETS**

PLEASE TAKE NOTICE that John Swiatek, Debtor in the above-captioned case, has submitted a further amendment to his Schedule of Assets, which is attached hereto as Exhibit A.

Dated: September 25, 2025

WILLIAMS BARBER & MOREL LTD.

s/ *Daniel R. Brown*
Daniel R. Brown
233 S. Wacker Dr., Ste. 6800
Chicago, IL 60606
(312) 443-3200
drb@williamsbarbermorel.com

STINAR GOULD GRIECO & HENSLEY

Mike Grieco
Valeri Letko
101 N Wacker Drive, Suite 100
Chicago, IL 60606
Telephone: (312) 728-7444
Facsimile: (313) 221-9550
Valerie@SGGHLaw.com

Counsel for the Debtor

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused to be served a copy of this notice and the attached motion on each entity as shown on the attached list at the address show and by the method shown on September 25, 2025.

/s/ Daniel R. Brown

## SERVICE LIST

Office of the U.S. Trustee
219 S. Dearborn St., Rm 873
Chicago, IL 60604
Via ECF

Chapter 7 Trustee
Joseph E. Cohen
Cohen & Krol
790 Estate Drive, Ste. 180
Deerfield, IL 60015
Via U.S. Mail

Diocese of Joliet
16555 Weber Road
Crest Hill, IL 60403
Via U.S. Mail

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | : |
| | : |
| JOHN SWIATEK, | : Chapter 7 |
| | : |
| Debtor. | : Case No. 18-03186 |
| | : |
| | : |

**FURTHER AMENDMENT TO SCHEDULE OF ASSETS**

John Swiatek (the "Debtor"), the debtor in the above-captioned chapter 7 case submits

this amendment to his Schedule C: The Property You Claim as Exempt to his Schedule of

Assets.

Part 1, Section 2, is amended to add the following:

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow the exemption |
|---|---|---|---|
| Litigation claim against Catholic Bishop of Chicago for alleged abuse sustained as a child, Line 33 | $367,500, less attorney's fees and costs | $15,000 | 735 ILCS 5/12-1001(h)(4) |

Dated:  September 25, 2025   WILLIAMS BARBER & MOREL LTD.

s/ *Daniel R. Brown*
Daniel R. Brown
233 S. Wacker Dr., Ste. 6800
Chicago, IL 60606
(312) 443-3200
drb@williamsbarbermorel.com


STINAR GOULD GRIECO & HENSLEY
Mike Grieco
Valeri Letko
101 N Wacker Drive, Suite 100
Chicago, IL 60606
Telephone: (312) 728-7444
Facsimile: (313) 221-9550
Valerie@SGGHLaw.com


Counsel for the Debtor